DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of S.B., and C.B., children,

E.L.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES
and GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D21-1571

_____

September 29, 2021

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee; and Mary Soorus, Assistant Attorney General, Tampa, for Appellee Department of Children and Families.

Thomasina F. Moore and Laura J. Lee of Florida Statewide Guardian ad Litem Office, Tallahassee; and Jonathan W. Taylor of

Moffa, Sutton & Donnini, P.A., Fort Lauderdale, for Appellee Guardian ad Litem.


PER CURIAM.


 Affirmed.


ROTHSTEIN-YOUAKIM, SMITH, and STARGEL, J.J., Concur.

_____

Opinion subject to revision prior to official publication.